UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:21-cv-00010

**Richard Bennett,**
*Plaintiff,*
v.
**Larry Smith et al.,**
*Defendants.*

### ORDER

This civil rights action was referred to United States Magistrate Judge K. Nicole Mitchell pursuant to 28 U.S.C. § 636(b)(3). On February 5, 2021, the magistrate judge issued a report recommending that plaintiff's case be dismissed, without prejudice, for failure to prosecute. Doc. 9. A copy of this report was sent to plaintiff at his last-known address. However, no objections have been filed.

When no party objects to the magistrate judge's report and recommendation, the court reviews it only for clear error. *See Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1420 (5th Cir. 1996). Having reviewed the magistrate judge's report, and being satisfied that it contains no clear error, the court **accepts** its findings and recommendation. This case is **dismissed without prejudice** for the failure to prosecute.

*So ordered by the court on March 10, 2021.*

J. CAMPBELL BARKER
United States District Judge